**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. LOOK, JR., | No. C 16-5465 CRB |
| Plaintiff, | |
| v. | **ORDER TAKING MATTER UNDER SUBMISSION** |
| KAMALA HARRIS et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for resolution without oral argument, VACATES the hearing currently set for Friday, January 20, 2017, and TAKES the matter under submission. An order adjudicating the motion will follow.

**IT IS SO ORDERED.**

Dated: January 18, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE