IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. LOOK, JR., | No. C 16-5465 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KAMALA HARRIS et al., | |
| Defendants. | |

Having granted the Defendants' motions to dismiss, see Order (dkt. 46), the Court enters Judgment FOR Defendants and AGAINST Plaintiff.

**IT IS SO ORDERED.**

Dated: January 24, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE